PAULINE S. KAPLAN, petitioner-respondent,

*v.*

HARRY KAPLAN, defendant-appellant.

[Submitted October term, 1935. Decided January 31st, 1936.]

*Messrs. Kraemer, Siegler & Siegler (Mr. Samuel H. Nelson,* of counsel), for the petitioner-respondent.

*Mr. Harry Kaplan, pro se (Mr. Edward A. Schilling,* of counsel), for the defendant-appellant.

PER CURIAM.

This is an appeal from an order adjudging the defendant-appellant in contempt for failing to comply with an order made in the court of chancery, providing alimony for the petitioner.

We have examined the proofs and concur in the finding of the advisory master.

The order appealed from is affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.